**Fill in this information to identify the case:**

Debtor name: **Meyzen Family Realty Assocaites, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known): **7:18-bk-23419**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Barbara Meyzen** | **PO Box 164**<br>**Redding, CT 06896-0164** | **Celtic Bank** | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Honey Bee Farm LLC** | **46 Bedford Banksville Rd**<br>**Bedford, NY 10506-2218** | **Celtic Bank** | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **LaCremaillere** | **46 Bedford Banksville Rd**<br>**Bedford, NY 10506-2218** | **Celtic Bank** | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Robert Meyzen** | **PO Box 164**<br>**Redding, CT 06896-0164** | **Celtic Bank** | ☑ D __2.1__<br>☐ E/F ____<br>☐ G ____ |