UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

                 Chapter 11

MEYZEN FAMILY REALTY
ASSOCIATES, LLC

                 Case No. 18-23419 (RDD)

          Debtor.
-------------------------------------------------------x

# **DEBTOR'S DECLARATION PURSUANT TO 11 U.S.C. § 1116 OF THE BANKRUPTCY CODE**

STATE OF NEW YORK    )
               ) ss.:
COUNTY OF WESTCHESTER )

  Barbara Meyzen, 50% owner and Member of MEYZEN FAMILY REALTY ASSOCIATES, LLC ("Debtor"), declares under penalty of perjury as follows:

  1. I am a member and 50% owner of Debtor.

  2. I submit this declaration in compliance with the requirements of 11 U.S.C. § 1116 of the Bankruptcy Code.

  3. No balance sheet, statement of operations, or cash-flow statement has been prepared; however, the Debtor's 2017 tax return has been filed and docketed in the above referenced case.

**Dated: Harrison, NY**
**September 19, 2018**

                      /s/ Barbara Meyzen
                      Barbara Meyzen