**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catherine Street, Poughkeepsie, New York 12601

**Telephone:
877-385-7793
Fax: 888-908-6906**

H. Bruce Bronson, Jr., Esq.
**(admitted NY & PA)**
email:hbbronson@bronsonlaw.net

of Counsel:
**Victoria Lehning, Esq.
(admitted NY)**

September 20, 2018

Re: **Meyzen Family Realty Assocaites, LLC
Bankruptcy Case No: 18-23419**
Letter of Adjournment of 341(a) Meeting of Creditors

Our firm represents the captioned Debtor, Meyzen Family Realty Assocaites, LLC.

Please note that the 341 (a) Meeting of Creditors scheduled for October 17, 2018, has been adjourned to November 7, 2018, at 1:00 PM. The hearing will be held at 300 Quarropas Street, Room 243A, White Plains, NY 10601.

Very truly yours,

/s/ H. Bruce Bronson
H. Bruce Bronson