```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MEYZEN FAMILY REALTY ASSOCS., LLC, et al.,         :    Case No. 18-23419 (RDD)
                                                   :
                              Debtors.             :    (Jointly Administered)
-------------------------------------------------------------------x
```

## ORDER AUTHORIZING AND APPROVING A PUBLIC AUCTION SALE OF THE DEBTOR'S FINE WINE COLLECTION TO THE SUCCESSFUL BIDDER(S) AT THE AUCTION SALE

Upon the motion (the "Motion")[1] of Fred Stevens, chapter 11 trustee (the "Trustee") of the estates of (i) Meyzen Family Realty Associates, LLC ("MFRA") and (ii) La Cremaillere Restaurant Corporation ("La Cremaillere", and together with MFRA, the "Debtors" and each a "Debtor"), the above-captioned Debtors, seeking entry of an order authorizing and approving the public auction of La Cremaillere's fine wine collection (the "Wine"); and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on January 6, 2020; and after due deliberation the Court having determined that (a) the proposed sale is a proper exercise of the Trustee's business judgment and in the best interests of the Debtors' estates, creditors and interest holders and (b) the Trustee has established one or more of the grounds under Bankruptcy Code Section 363(f) for the proposed sale to be free and clear of all liens, claims, encumbrances and interests in, on or against the Wine; and good and sufficient cause appearing for the relief granted herein, it is hereby

**ORDERED**, that the Motion is granted; and it is further

---

[1] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that, pursuant to Bankruptcy Code Section 363(b)(1), the Trustee, through its retained auctioneer, Zachys, is authorized to sell the Wine at the Auction; and it is further

**ORDERED**, that upon the conclusion of the last Auction, title to the Wine will be transferred to the successful bidder(s) pursuant to invoices generated by Zachys, free and clear of any liens, claims, encumbrances and interests in, on or against the Wine of whatever kind or nature, with any such liens, claims, encumbrances and interests to attach to the Proceeds of sale in the same amount and priority, with the same enforceability, and subject to the same defenses that they had against the Wine immediately before such transfer; and it is further

**ORDERED**, that upon such transfer pursuant to the Auction, the successful bidder(s) shall be entitled to the protections of Section 363(m) of the Bankruptcy Code; and it is further

**ORDERED**, that the 14-day stay of this Order under Fed. R. Bankr. P. 6004(h) is waived, for cause, and this Order is effective immediately upon its entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: White Plains, New York
      January 7, 2020

                                **/s/Robert D. Drain**
                                **HONORABLE ROBERT D. DRAIN**
                                **UNITED STATES BANKRUPTCY JUDGE**