**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                                                   :   Chapter 11
                                                                        :
MEYZEN FAMILY REALTY ASSOCS., LLC, et al.,   :   Case No. 18-23419 (RDD)
                                                                        :
                                              Debtors.              :   (Jointly Administered)
---------------------------------------------------------------------x

# ORDER AUTHORIZING AND APPROVING A PUBLIC AUCTION SALE OF THE DEBTOR'S REMAINING FINE WINE COLLECTION TO THE SUCCESSFUL BIDDER(S) AT THE AUCTION SALE

Upon the motion (the "Motion")[1] of Fred Stevens, chapter 11 trustee (the "Trustee") of the estates of (i) Meyzen Family Realty Associates, LLC ("MFRA") and (ii) La Cremaillere Restaurant Corporation ("La Cremaillere", and together with MFRA, the "Debtors" and each a "Debtor"), the above-captioned debtors, seeking entry of an order authorizing and approving the public auction of La Cremaillere's remaining fine wine collection (the "Wine"); and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and there being no objections to the requested relief; and upon the record of the hearing on the Motion held by this Court on April 29, 2020 (the "Hearing"); and after due deliberation the Court having determined that the proposed sale is a proper exercise of the Trustee's business judgment and in the best interests of the Debtors' estates and creditors, and, further that the Trustee has satisfied one or more of the requirements of Bankruptcy Code Section 363(f) for the sale to be free and clear as provided herein; and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that pursuant to Bankruptcy Code Section 363(b)(1), the Trustee, through its retained auctioneer, Winebid, is authorized to sell the Wine at the auction(s); and it is further

---

[1] Terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that pursuant to Bankruptcy Code Section 363(f), upon the conclusion of the last auction, title to the Wine will be transferred to the successful bidder(s), pursuant to invoices generated by Winebid, free and clear of all liens, claims, interests and encumbrances therein or thereon, with any such liens, claims, interests and encumbrances and encumbrances to attach to the sale proceeds attributable thereto with the same force, priority and effect, and subject to the same defenses and rights that they had against the Wine; and it is further

**ORDERED**, that any successful bidder(s) that comply with the terms of the action(s) shall be entitled to the protections of Bankruptcy Section 363(m); and it is further

**ORDERED**, that the 14-day stay of this Order under Fed. R. Bankr. P. 6004(h) is waived, for cause, and this Order is effective immediately upon its entry; and it is further

**ORDERED**, that the Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: White Plains, New York
      April 29, 2020

                                        */s/Robert D. Drain*
                                        **HONORABLE ROBERT D. DRAIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**