**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Sean C. Southard
Stephanie R. Sweeney

*Counsel to Fred Stevens, Chapter 11 Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MEYZEN FAMILY REALTY ASSOCS., LLC, et al., | : | Case No. 18-23419 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**REPORT OF RESULTS OF PUBLIC AUCTION SALE OF THE DEBTOR'S FINE WINE COLLECTION BY ZACHYS**

**TO THE HONORABLE ROBERT D. DRAIN,**
**UNITED STATES BANKRUPTCY JUDGE:**

Fred Stevens, chapter 11 trustee (the "Trustee") of the estates of (i) Meyzen Family Realty Associates, LLC and (ii) La Cremaillere Restaurant Corporation ("La Cremaillere"), files this report (this "Report") in accordance with this Court's Order Authorizing Chapter 11 Trustee's Retention of Zachys Wine Auctions, Inc. and Zachys Asia Limited ("Zachys") as Auctioneer of Fine Wine Collection (the "Order") [Docket No. 100] summarizing the results of the public auction sales of La Cremaillere's fine wine collection conducted by Zachys and stating the fees and expenses to be paid to Zachys in accordance with the Order.

As set forth in further detail on the attached sales summary and related invoices attached hereto as Exhibit A:

1. The gross proceeds resulting from the auctions conducted by Zachys totaled $239,050, comprised of auction proceeds of $41,250, $1,400 and $196,400.[1]

2. Fees and expenses paid to Zachys totaled $8,506.25, comprised of $506.25 in shipping costs and reimbursement of bond costs of $8,000.

3. The resulting net proceeds of the Zachys auctions paid to the estate of La Cremaillere totaled $230,543.75.[2]

In accordance with the Order, this report will be served on the United States Trustee and any other interested party who specifically requests a copy from the Trustee.

Dated: New York, New York
May 8, 2020

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*

Fred Stevens
Sean C. Southard
Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
ssouthard@klestadt.com
ssweeney@klestadt.com

*Counsel to Fred Stevens, Chapter 11 Trustee*

---

1 Not all of the proceeds have been received by the Trustee at the time of filing this report. Zachys has thirty (30) days from receipt of the proceeds of sale from the winning bidder(s) to account for and remit the funds to the Trustee. Accordingly, some of these numbers may vary if a winning bidder fails to remit proceeds and the items are returned to auction.

2 Upon agreement with the secured creditors, the Trustee also used $500 of the proceeds of these sales to obtain a bond for WineBid, which the Trustee has employed to sell all remaining wines.

# Exhibit A

zachys

# *Consignment Summary*

**39 Westmoreland Ave**
**White Plains, NY 10606**
**Tel: (914) 448-3026**
**Fax: (914)313-2350**
**E-mail: auction@zachys.com**

**Consignor:** **Fred Stevens, as Chapter 11 Trustee**
**Consignment ID:** **23354,23729**
**Vendor Number:** **v20186749**
**Auction ID:** **2003N338 / 2003N338**

| | | |
|---|---|---|
| | | **Total Hammer** |
| | | **$196,400.00** |
| **Commission** | **@ 0.00 %** | $0.00 |
| **Insurance** | **@ 0.00 %** | $0.00 |
| **Pick-up/Shipping** | | ($506.25) |
| | | **$195,893.75** |

zachys

# *Consignment Summary*

**39 Westmoreland Ave**
**White Plains, NY 10606**
**Tel: (914) 448-3026**
**Fax: (914)313-2350**
**E-mail: auction@zachys.com**

**Consignor:** **Fred Stevens, as Chapter 11 Trustee**
**Consignment ID:** **23875**
**Vendor Number:** **v20186749**
**Auction ID:** **2002i340 / 2002i340**

| | | Total Hammer | Collected Hammer | Uncollected Hammer |
|---|---|---|---|---|
| | | **$1,400.00** | **$1,400.00** | **$0.00** |
| **Commission** | **@ 0.00 %** | $0.00 | $0.00 | $0.00 |
| **Insurance** | **@ 0.00 %** | $0.00 | $0.00 | $0.00 |
| | | **$1,400.00** | **$1,400.00** | **$0.00** |

zachys

# *Consignment Summary*

**39 Westmoreland Ave**
**White Plains, NY 10606**
**Tel: (914) 448-3026**
**Fax: (914)313-2350**
**E-mail: auction@zachys.com**

**Consignor: Fred Stevens**
**Consignment ID: 23560**
**Vendor Number: v20186749**
**Auction ID: 2001i339 / 2001i339**

| | | |
|---|---|---|
| | | **Total Hammer** |
| | | **$41,250.00** |
| **Commission** | **@ 0.00 %** | $0.00 |
| **Insurance** | **@ 0.00 %** | $0.00 |
| **Bond** | | ($8,000.00) |
| | | **$33,250.00** |

zachys

Statement #: 72
Statement Date: 11 March 2020

Zachys
39 Westmoreland Avenue
White Plains, NY 10606
TEL: +1 914 448 3026
auction@zachys.com

**Consignment Settlement For:**

Fred Stevens
200 W 41st St FLR 17
New York, NY 10036
(212) 679-5342
fstevens@klestadt.com

Total Lots: 71
Sold: 70
Passed: 1
Hammer: $196,400
% Sold: 98.6
Total Estimates: $205,800 - $322,700

## Fine & Rare Wines in Celebration of La Paulée, New York,March 5-6

| Lot | Description | Estimate | Hammer |
|---|---|---|---|
| 191 | 3 Bottles 750ml Chateau Cheval Blanc 1998 | 1,300 - 2,000 | $1,900 |
| 192 | 4 Bottles 750ml Chateau Cheval Blanc 2004 | 1,200 - 1,900 | $1,000 |
| 193 | 4 Bottles 750ml Chateau Haut Brion 1998 | 1,600 - 2,600 | $1,300 |
| 194 | 4 Bottles 750ml Chateau Haut Brion 2003 | 1,200 - 1,900 | $1,000 |
| 195 | 8 Bottles 750ml Chateau Lafite Rothschild 1978 | 3,200 - 4,800 | $0 |
| 196 | 8 Bottles 750ml Chateau Lafite Rothschild 1986 | 6,000 - 9,500 | $4,800 |
| 197 | 3 Bottles 750ml Chateau Lafite Rothschild 1988 | 1,500 - 2,400 | $1,650 |
| 198 | 6 Bottles 750ml Chateau Lafite Rothschild 1993 | 2,400 - 3,800 | $1,900 |
| 199 | 6 Bottles 750ml Chateau Lafite Rothschild 1995 | 3,200 - 4,800 | $3,200 |
| 200 | 9 Bottles 750ml Chateau Lafite Rothschild 1996 | 6,000 - 10,000 | $6,000 |
| 201 | 6 Bottles 750ml Chateau Lafite Rothschild 1998 | 3,200 - 5,500 | $2,600 |
| 202 | 5 Bottles 750ml Chateau Lafite Rothschild 1999 | 2,400 - 3,800 | $1,900 |
| 203 | 6 Bottles 750ml Chateau Lafite Rothschild 2000 | 6,000 - 9,000 | $6,500 |

Zachys
39 Westmoreland Avenue
White Plains, NY 10606
TEL: +1 914 448 3026
auction@zachys.com

## Fine & Rare Wines in Celebration of La Paulée, New York,March 5-6

| Lot | Description | Estimate | Hammer |
|---|---|---|---|
| 204 | 7 Bottles 750ml Chateau Lafite Rothschild 2001 | 3,400 - 5,500 | $3,600 |
| 205 | 10 Bottles 750ml Chateau Lafite Rothschild 2002 | 4,600 - 7,000 | $5,000 |
| 206 | 10 Bottles 750ml Chateau Lafite Rothschild 2003 | 6,500 - 10,000 | $6,500 |
| 207 | 4 Bottles 750ml Chateau Lafite Rothschild 2004 | 1,800 - 2,800 | $1,900 |
| 208 | 7 Bottles 750ml Chateau Latour 1978 | 2,000 - 3,200 | $2,000 |
| 209 | 6 Bottles 750ml Chateau Latour 1993 | 1,800 - 2,800 | $1,800 |
| 210 | 6 Bottles 750ml Chateau Latour 1995 | 2,400 - 3,600 | $2,200 |
| 211 | 10 Bottles 750ml Chateau Latour 1996 | 5,000 - 8,000 | $4,800 |
| 212 | 7 Bottles 750ml Chateau Latour 1998 | 2,400 - 4,000 | $2,400 |
| 213 | 5 Bottles 750ml Chateau Latour 1999 | 1,600 - 2,600 | $1,600 |
| 214 | 7 Bottles 750ml Chateau Latour 2001 | 2,600 - 4,200 | $2,600 |
| 215 | 8 Bottles 750ml Chateau Latour 2002 | 2,800 - 4,400 | $2,600 |
| 216 | 5 Bottles 750ml Chateau Margaux 1995 | 1,900 - 3,200 | $1,600 |
| 217 | 4 Bottles 750ml Chateau Mouton Rothschild 1995 | 1,400 - 2,200 | $1,200 |
| 218 | 3 Bottles 750ml Chateau Mouton Rothschild 1996 | 1,200 - 1,900 | $1,100 |
| 219 | 4 Bottles 750ml Chateau Mouton Rothschild 1997 | 1,200 - 1,900 | $950 |
| 220 | 5 Bottles 750ml Chateau Mouton Rothschild 2000 | 7,000 - 10,000 | $7,500 |

Zachys
39 Westmoreland Avenue
White Plains, NY 10606
TEL: +1 914 448 3026
auction@zachys.com

## Fine & Rare Wines in Celebration of La Paulée, New York,March 5-6

| Lot | Description | Estimate | Hammer |
|---|---|---|---|
| 221 | 4 Bottles 750ml Chateau Mouton Rothschild 2001 | 1,400 - 2,200 | $1,100 |
| 222 | 5 Bottles 750ml Chateau Mouton Rothschild 2002 | 1,500 - 2,400 | $1,200 |
| 223 | 10 Bottles 750ml Chateau Mouton Rothschild 2003 | 4,000 - 6,500 | $3,000 |
| 224 | 5 Bottles 750ml Chateau Mouton Rothschild 2004 | 1,500 - 2,400 | $1,400 |
| 225 | 1 Bottle 750ml Petrus 1966 | 1,300 - 2,000 | $1,300 |
| 226 | 7 Bottles 750ml Petrus 1983 | 8,000 - 13,000 | $6,500 |
| 227 | 2 Bottles 750ml Petrus 1985 | 2,800 - 4,400 | $2,200 |
| 228 | 1 Bottle 750ml Petrus 1986 | 1,400 - 2,000 | $1,200 |
| 229 | 2 Bottles 750ml Petrus 1987 | 2,400 - 3,600 | $1,900 |
| 230 | 1 Bottle 750ml Petrus 1990 | 2,600 - 4,000 | $2,800 |
| 231 | 3 Bottles 750ml Petrus 1992 | 4,000 - 6,000 | $4,200 |
| 232 | 3 Bottles 750ml Petrus 1993 | 4,400 - 7,000 | $3,400 |
| 233 | 6 Bottles 750ml Petrus 1994 | 9,000 - 14,000 | $8,000 |
| 234 | 2 Bottles 750ml Petrus 1995 | 3,200 - 5,000 | $3,000 |
| 235 | 2 Bottles 750ml Petrus 1996 | 3,000 - 4,800 | $3,800 |
| 236 | 4 Bottles 750ml Petrus 1997 | 5,500 - 8,000 | $4,800 |
| 237 | 2 Bottles 750ml Petrus 1998 | 4,200 - 7,000 | $3,600 |

Zachys
39 Westmoreland Avenue
White Plains, NY 10606
TEL: +1 914 448 3026
auction@zachys.com

## Fine & Rare Wines in Celebration of La Paulée, New York,March 5-6

| Lot | Description | Estimate | Hammer |
|---|---|---|---|
| 238 | 2 Bottles 750ml Petrus 1999 | 3,600 - 5,500 | $2,800 |
| 239 | 4 Bottles 750ml Petrus 2001 | 6,500 - 11,000 | $6,000 |
| 240 | 4 Bottles 750ml Petrus 2002 | 6,500 - 10,000 | $5,000 |
| 241 | 12 Bottles 750ml Chateau Leoville Las Cases 1999 | 1,300 - 1,900 | $2,200 |
| 242 | 12 Bottles 750ml Chateau Pavie 1999 | 1,600 - 2,400 | $1,500 |
| 243 | 9 Bottles 750ml Chateau Leoville Las Cases 2000 | 1,600 - 2,400 | $2,200 |
| 244 | 6 Bottles 750ml Chateau Pavie 2000 | 2,000 - 3,400 | $2,000 |
| 245 | 11 Bottles 750ml Chateau Cos d´Estournel 2003 | 1,400 - 2,200 | $1,400 |
| 246 | 11 Bottles 750ml Chateau Pavie 2003 | 2,000 - 3,000 | $1,900 |
| 1782 | 1 Bottle 750ml Richebourg Domaine de la Romanee Conti 1990 | 2,600 - 4,000 | $2,800 |
| 1783 | 1 Bottle 750ml Romanee St Vivant Domaine de la Romanee Conti 1996 | 1,500 - 2,400 | $1,600 |
| 1784 | 1 Bottle 750ml Echezeaux Domaine de la Romanee Conti 1999 | 1,500 - 2,400 | $1,900 |
| 1785 | 1 Bottle 750ml Grands Echezeaux Domaine de la Romanee Conti 1999 | 1,900 - 3,000 | $2,200 |
| 1786 | 1 Bottle 750ml Echezeaux Domaine de la Romanee Conti 2004 | 1,200 - 1,900 | $1,300 |
| 1787 | 7 Bottles 750ml Musigny Vieilles Vignes Comte Georges de Vogue 1997 | 2,800 - 4,400 | $2,600 |
| 1788 | 7 Bottles 750ml Musigny Vieilles Vignes Comte Georges de Vogue 1998 | 3,000 - 4,600 | $2,800 |
| 1789 | 4 Bottles 750ml Musigny Vieilles Vignes Comte Georges de Vogue 1999 | 2,400 - 3,800 | $2,200 |

Zachys
39 Westmoreland Avenue
White Plains, NY 10606
TEL: +1 914 448 3026
auction@zachys.com

## Fine & Rare Wines in Celebration of La Paulée, New York,March 5-6

| Lot | Description | Estimate | Hammer |
|---|---|---|---|
| 1790 | 10 Bottles 750ml Musigny Vieilles Vignes Comte Georges de Vogue 2000 | 4,000 - 6,000 | $3,800 |
| 1791 | 9 Bottles 750ml Bonnes Mares Comte Georges de Vogue 2001 | 2,400 - 3,600 | $2,000 |
| 1792 | 5 Bottles 750ml Musigny Vieilles Vignes Comte Georges de Vogue 2001 | 2,400 - 3,800 | $1,900 |
| 1793 | 5 Bottles 750ml La Romanee Bouchard Pere et Fils 1997 | 2,200 - 3,400 | $2,600 |
| 1794 | 5 Bottles 750ml Clos de la Roche Hubert Lignier 1998 | 1,000 - 1,600 | $1,800 |
| 1795 | 10 Bottles 750ml Clos de la Roche Hubert Lignier 2001 | 3,000 - 4,600 | $4,200 |
| 1796 | 11 Bottles 750ml Romanee St Vivant Les Quatre Journaux Louis Latour 2003 | 1,600 - 2,600 | $1,200 |

Total Hammer(71 Lots): $196,400

These are the unofficial results of the auction. This statement does not include lots sold after the auction, adjustments, and any other fees to any Zachys company including, but not limited to, shipping and insurance.