June 20, 2020

United States Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains, NY 10601-4140

Honorable Robert D. Drain

Pro se Claimant- Application Request

# Application for Court order to issue the authority to obtain documents regarding the Bankruptcy filings for Case # 19-22823 La Cremaillere Restaurant Corp &Case # 18-23419 Meyzen family Realty Associates, LLC

I, Manuel Astudillo, of 43 Orchard Drive Redding, CT request a court order that grants a subpoena to produce several financial documents which will substantiate the validity of my priority wage claim filed on February 17, 2020.

The Documents needed are associated with La Cremaillere Restaurant Corp- Employer ID 13-1954965 -

- 2018 and 2019 1120S federal tax returns;
- 2018 and 2019 Payroll Quarterly 941 Tax Returns and payroll Ledger
- 2018 2019 Wage withholding records and W2's filed to the New York State and Internal Revenue Service.

The Documents needed are held by New York State labor Department

- NYS45: The 2018 and 2019 quarterly combined wage reporting and unemployment return

Please see the list of the persons and offices that have such information

Joseph Ferrer CPA     Accountant for La Cremaillere

Marchionda & Ferrer, PA

950 Clifton Ave

Clifton, NJ 07013

Phone 973-773-4111

Ms. Barbara Meyzen    Former Co-owner principal Book keeper from 2010- July 2019

294 Redding Road

Redding, CT 06896

203 222-1111

New York State Department of Labor

Building 12

W.A Harriman Campus

Albany, NY 12240

518.457.9000

Thank you for your consideration. I hope the court grants the request.

Manuel Astudillo.

https://www.uscourts.gov/sites/default/files/form_b410.pdf